March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                    -v-

CHRISTIAN NIEVES          ,
AKA ERIC ROSARIO          Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEOCONFERENCE**

19 -CR- 354 (_)(_)

Defendant ___CHRISTIAN NIEVES AKA ERIC___ ✚ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

X
___  Initial Appearance/Appointment of Counsel

___  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

X
___  Bail/Revocation/Detention Hearing

___  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence


_____(for Nieves)
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___Christian Nieves___
Print Defendant's Name

_____
Defense Counsel's Signature

___Andrew Dalack___
Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing technology.

___11/5/2020___
Date

_____
U.S. Magistrate Judge