```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :     19-cr-354 (JSR)
            -v-                      :
                                     :
CHRISTIAN NIEVES,                    :     ORDER
       a/k/a "Eric Rosario" and      :
                                     :
ELIAS POLANCO,                       :
                                     :
            Defendants.              :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated in today's telephone conference, see transcript March 25, 2021, Nieves' motion for release on home confinement to prepare for trial is denied without prejudice to renewal; Nieves' motion for a bill of particulars is denied, except that the Government will be bound by its representation that the "federal criminal trial" referenced in Count One of the indictment refers to the federal criminal trial held in July 2018 in United States v. Siri-Reynoso, 17-cr-418 (S.D.N.Y.) (McMahon, C.J.); and Nieves' motion to compel Brady and Giglio disclosures is denied. The Clerk of the Court is directed to close the entry at docket number 48.

SO ORDERED.

Dated: New York, NY
       March 25, 2021

_____
JED S. RAKOFF, U.S.D.J.