UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA :
:
- v. - : 19 Cr. 354 (JSR)
:
CHRISTIAN NIEVES :
(a/k/a ERIC ROSARIO), :
:
Defendant. :
------------------------------------------------------------x

Upon the request of defendant Eric Rosario, by his counsel Andrew J. Dalack, Esq., and with good cause shown it is hereby

**ORDERED** that the Bureau of Prisons, via the Metropolitan Correctional Center—New York, and the United States Marshal Service accept the following clothing for Mr. Rosario, Register Number 14925-509, to wear for all appearances throughout his trial commencing on April 14, 2021:

1. One pair of dress slacks;
2. Three button-down dress shirts;
3. Three ties;
4. Five pairs of dress socks;
5. One pair of dress shoes;
6. One belt;
7. Five pairs of underwear;
8. Five white undershirts; and
9. One suit jacket.

Dated: April 5, 2021
New York, New York

**SO ORDERED:**

_____
**THE HONORABLE JED S. RAKOFF**
United States District Judge