UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

    -v-                                              19-cr-354 (JSR)

CHRISTIAN NIEVES and ELIAS POLANCO,

          Defendants.
------------------------------------------------------------------X

## I. CHRISTIAN NIEVES

1. On the charge of witness retaliation, we the jury find Christian Nieves:

    Guilty __X__        Not Guilty _____

2. On the charge of conspiracy to commit witness tampering, we the jury find Christian Nieves:

    Guilty _____        Not Guilty __X__

## II. ELIAS POLANCO

3. On the charge of conspiracy to commit witness tampering, we the jury find Elias Polanco:

    Guilty _____        Not Guilty __X__

                                                _[signature]_

                                                FOREPERSON

                          Date: 4/23/2021