UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

v.

Christian Nieves,
   a/k/a "Eric Rosario,"

*Defendant.*

[PROPOSED]
ORDER ~~Order~~

19 Cr. 354 (JSR)

WHEREAS, with the consent of the Government, the defendant has moved for bail pending appeal pursuant to 18 U.S.C. § 3143(b), and the parties have agreed on conditions of release that will reasonably assure the appearance of the defendant as required and the safety of the community,

IT IS HEREBY ORDERED that the defendant shall be released on bail, pursuant to 18 U.S.C. § 3143(b), subject to the following conditions:

1. A $75,000 personal recognizance bond, cosigned by three financially responsible persons approved by the Government;

2. Home detention, with GPS monitoring, to be served at the residence of Yazneri Crespo, subject to inspection and approval of that residence by Pretrial Services;

3. Travel restricted to the Northern, Southern, and Eastern Districts of New York;

4. Pretrial supervision as directed;

5. Drug treatment/drug testing as directed by Pretrial Services;

6. Defendant to seek employment as directed by Pretrial Services; and

7. No contact with gang-affiliated individuals, including members/affiliates of the Trinitarios.

IT IS FURTHER ORDERED that the defendant shall be released upon Pretrial Service's approval of the residence where he will be serving home detention and upon his own signature,

with the cosigners of the personal recognizance bond to be secured within two weeks of the date

of this Order.

**SO ORDERED:**

Dated: New York, New York
        January __30__, 2023

THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2