UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES

vs.

Christian Nieves aka/Eric Rosario

---

ORDER

S 19   CR 354-01 (JSR)

To: U.S. Marshals Office

**It is hereby ordered :**

that defendant, Christian Nieves aka/Eric Rosario

, Reg # (14925-509  be released from custody,  The U.S. Marshals are to release the defendant

unless any pending warrants, detainers or other issues are encountered.

_____
United States District Judge

2/24/2023
_____
Date